PRIME INCOME ASSET MANAGEMENT, INC., et al., Appellants, v AMERICAN REAL ESTATE HOLDINGS, L.P., et al., Respondents.

Submitted December 17, 2007; decided February 12, 2008

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.